Below is the Order of the Court.

Christopher M. Alston
U.S. Bankruptcy Judge
(Dated as of Entered on Docket date above)

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re

ALANNA GRACE ELLIS,

    Debtor(s).

Case No. 16-10066-CMA

FIRST AMERICAN TITLE INSURANCE COMPANY, a California Corporation,

    Plaintiff,
vs.

ALANNA GRACE ELLIS,

    Defendant.

Adv. No. 16-01095-CMA

*EX PARTE* ORDER OF DISMISSAL WITHOUT PREJUDICE

This matter came before the Court on the stipulation of Plaintiff, First American Title Insurance Company, and Defendant, Alanna Grace Ellis, to dismiss this matter without prejudice.

Now, therefore, it is hereby

ORDERED that the stipulation is GRANTED. It is further

ORDER OF DISMISSAL - 1

W:\WPDOCS\10001\002\B0514658.DOCX - drc

Hanson Baker Ludlow Drumheller P.S.
2229 112th Avenue NE, Suite 200
Bellevue, WA 98004
(425) 454-3374

1    ORDERED that this matter is hereby DISMISSED; provided that dismissal is without prejudice to the parties reopening this matter, or filing a new matter, to enter a confession of judgment and judgment by confession as contemplated in the parties' settlement agreement.

// END OF ORDER //

Presented by:

HANSON BAKER LUDLOW DRUMHELLER P.S.

By: _____
Douglas R. Cameron, WSBA #43091
dcameron@hansonbaker.com
Attorney for Plaintiff

DONALD A. BAILEY, Attorney at Law

By: *Donald A. Bailey (email auth. 2/4/19)*
DONALD A. BAILEY
WSBA No. 12289
Attorney for Defendant

ORDER OF DISMISSAL - 2

W:\WPDOCS\10001\002\B0514658.DOCX - drc

Hanson Baker Ludlow Drumheller P.S.
2229 112th Avenue NE, Suite 200
Bellevue, WA 98004
(425) 454-3374